```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDACHE ENTERPRISES, INC., *et al.*,

                Plaintiffs,

v.

AFFILIATED FM INSURANCE COMPANY,

                Defendant.

No. 21-CV-5433 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed in today's conference, Plaintiffs' opposition to the pending motion to dismiss shall be filed no later than September 10, 2021, and Defendant's reply shall be filed no later than October 1, 2021. The Court will resolve the pending motion to stay discovery after the briefing on the motion to dismiss is complete. If the parties wish to file supplemental letters on the matter, they may do so at any time before October 1.

SO ORDERED.

Dated:    August 6, 2021
               New York, New York

                                            Ronnie Abrams
                                            United States District Judge