# Weg and Myers, P.C.
## ATTORNEYS AT LAW

800 WESTCHESTER AVENUE
SUITE N-513
RYE BROOK, NEW YORK
10573

(212) 227-4210

WWW.WEGANDMYERS.COM

May 31, 2022

CONNECTICUT AFFILIATE
LAW OFFICE OF
BRIAN D. ROSENFELD
16 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

NEW JERSEY AFFILIATE
LAW OFFICE OF
MASELLI-WARREN, P.C.
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Rm. 1506
New York, New York 10007

Re: *Jordache Enterprises, Inc. et al v. Affiliated FM Insurance Co.*
Docket: USDC/SDNY, Case #1:21-CV-5433 (RA)
Our File: 20-126

Your Honor:

This office represents the Plaintiffs, Jordache Enterprises, Inc., et al ("Jordache"), in the above-referenced action.

We write to request an adjournment of the status conference scheduled June 2, 2022.

Please be advised that the parties in this matter have reached a settlement and are in the process of preparing settlement documents to that effect.

Respectfully submitted,

WEG AND MYERS, P.C.
Attorneys for Plaintiff

By: _____
Joshua L. Mallin, Esq. (JM0474)
800 Westchester Avenue
Rye Brook, New York 10573
212-227-4210

---

Application granted.

Given that the parties have reached a settlement in this matter, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
Hon. Ronnie Abrams
05/31/22